JUDGE CARTER

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Scheron McDowall

# 19 CV 11750

Write the full name of each plaintiff.

_____CV_____

(Include case number if one has been assigned)

-against-

New York City Department of Education; Sojourner Welch-David, Principal of Mary McLeod Bethune Academy - PS/MS 394; Elizabeth Stewart, Assistant Principal of Mary McLeod Bethune Academy - PS/MS 394; Teresa Peters, Assistant Principal of Mary McLeod Bethune Academy - PS/MS 394

Do you want a jury trial?

☒ Yes    ☐ No

Write the full name of each defendant. The names listed above must be identical to those contained in Section I.

# EMPLOYMENT DISCRIMINATION COMPLAINT

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

Rev. 3/24/17

RECEIVED SDNY PRO SE OFFICE
2019 DEC 23  PM 3: 50

## I.    PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| Scheron | | McDowall |
|---|---|---|
| First Name | Middle Initial | Last Name |

| 1159 Brooklyn Avenue | | |
|---|---|---|
| Street Address | | |

| Kings, Brooklyn | NY | 11203 |
|---|---|---|
| County, City | State | Zip Code |

| (646) 295 - 5099 | scheron5@yahoo.com |
|---|---|
| Telephone Number | Email Address (if available) |

### B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:

**New York City Department of Education**

Name
Tweed Courthouse, 52 Chambers Street

Address where defendant may be served

| New York, New York | NY | 10007 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 2:

Sojourner Welch-David, Principal of Mary McLeod Bethune Academy - PS/MS 394

Name
188 Rochester Avenue

Address where defendant may be served

| Kings, Brooklyn | NY | 11213 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 3: Teresa Peters, Assistant Principal
of Mary McLeod Bethune Academy - PS/MS 394
188 Rochester Avenue
Kings, Brooklyn NY 11213

Page 2

4

Defendant 3:

Elizabeth Stewart, Assistant Principal of Mary McLeod Bethune Academy - PS/MS 394

Name

188 Rochester Avenue

Address where defendant may be served

| Kings, Brooklyn | NY | 11213 |
|---|---|---|
| County, City | State | Zip Code |

## II.    PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

Mary McLeod Bethune Academy - PS/MS 394

Name

188 Rochester Avenue

Address

| Kings, Brooklyn | NY | 11213 |
|---|---|---|
| County, City | State | Zip Code |

## III.    CAUSE OF ACTION

### A.  Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☐ **Title VII of the Civil Rights Act of 1964,** 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☐  race: _____

☐  color: _____

☐  religion: _____

☐  sex: _____

☐  national origin: _____

☐ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

My race is: _____

☒ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

I was born in the year:   **1962** _____

☒ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

My disability or perceived disability is:   **foot, back and arm injury.**

☒ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

My disability or perceived disability is:   **foot, back and arm injury.**

☒ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

## B.  Other Claims

In addition to my federal claims listed above, I assert claims under:

☒ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☒ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☐ Other (may include other relevant federal, state, city, or county law):

_____

## IV.    STATEMENT OF CLAIM

### A.  Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

- ☐  did not hire me

- ☐  terminated my employment

- ☐  did not promote me

- ☒  did not accommodate my disability

- ☐  provided me with terms and conditions of employment different from those of similar employees

- ☒  retaliated against me

- ☒  harassed me or created a hostile work environment

- ☐  other (specify):  _____

_____

### B.  Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

Please see attached.

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

## V.    ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

☒  Yes (Please attach a copy of the charge to this complaint.)

When did you file your charge?   April 23, 2019

☐  No

Have you received a Notice of Right to Sue from the EEOC?

☒  Yes (Please attach a copy of the Notice of Right to Sue.)

What is the date on the Notice?    October 1, 2019

When did you receive the Notice?   October 9, 2019

☐  No

## VI.    RELIEF

The relief I want the court to order is (check only those that apply):

☐  direct the defendant to hire me

☐  direct the defendant to re-employ me

☐  direct the defendant to promote me

☐  direct the defendant to reasonably accommodate my religion

☒  direct the defendant to reasonably accommodate my disability

☒  direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here)

Compensatory damages for emotional distress, an end to the harassment, provide students with the necessary services to help them perform better in class, classroom materials and textbooks and a computer. The dean needs to establish a safe room for disruptive students.

## VII.   PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | | |
|---|---|---|
| 12/23/19 | | _Scheron McDowall_ |
| Dated | | Plaintiff's Signature |
| Scheron | | McDowall |
| First Name | Middle Initial | Last Name |
| 1159 Brooklyn Avenue | | |
| Street Address | | |
| Kings, Brooklyn | NY | 11203 |
| County, City | State | Zip Code |
| (646) 295 - 5099 | | scheron5@yahoo.com |
| Telephone Number | | Email Address (if available) |

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes   ☒ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

**ADDENDUM TO PRO SE FEDERAL COMPLAINT FOR SCHERON MCDOWALL**

1. I have been employed as a common branches/early childhood teacher since on or about September 1998 with the New York City Department of Education (NYCDOE). I have been spent my entire career at PS/MS 394 in Brooklyn, New York.

2. Principal Sojourner Welch-David has been the principal of PS/MS 394 since on or about November 2017 and Elizabeth Stewart has been the Assistant Principal since on or about May 2018. Theresa Peters also has been Assistant Principal for approximately 4 years

3. I have always been rated Satisfactory or Effective or Highly Effective on my end of year ratings through the 2017-18 school year.

4. I received an Effective rating in every category from AP Stewart in an observation conducted on November 7, 2018, which I received back on about January 25, 2019.

5. After I was out of work due to a foot injury, on March 5, 2019, AP Stewart made an inappropriate and insulting comment to me at a parent meeting and threatened to give me ineffective ratings.

6. On or about February 24, 2019, AP Stewart also had made an inappropriate comment about me being out of work for almost a month when I was only out six days due to the foot injury.

7. I complained to my school UFT chapter leader Ms. Calendar about the inappropriate comments, and she said she would speak to the school principal about the offensive comment. Ms. Calendar told me the principal said I speak loudly when she met with the principal.

8. Soon after I went to the union chapter leader Ms. Calendar, and she complained to administration on my behalf, I have suffered immediate retaliation.

9. By letter dated March 13, 2019, I was summoned to a disciplinary meeting to discuss allegedly unprofessional behavior. I have never received a disciplinary notice before.

10. I also was informally observed by Principal Welch-David on March 13, 2019. On March 28, 2019, Principal Welch-David emailed me a post-observation summary indicating I would receive all developing and ineffective ratings in every category on the observation.

11. On April 11, 2019, I had a meeting with Principal Welch-David, AP Stewart and my Union Rep Ms. Calendar, and my previous complaints about being insulted were not addressed at the meeting. Instead, Principal Welch-David said she was concerned that this was not working out for me.

12. On April 18, 2019, the last day before spring break, at approximately 1:45 pm, AP Stewart came into my room to observe me. At approximately 1:55 pm, a fire drill was announced on the loud speaker. The students had to rush to get their coats to go outside. School ends on Thursdays at 2:20 pm, and at approximately 2:15 pm, AP Stewart returned to observe me. However, due to

the interruption of the fire drill, I was unable to complete my lesson as I had to give the students homework packages to take home.

13. On May 15, 2019, I was observed by AP Stewart and received mostly ineffective and developing ratings.

14. On June 5, 2019, I was again observed by AP Stewart and received mostly ineffective and developing ratings.

15. I received a Developing MOTP overall score for the 2018-19 school year based on these unjustified observations.

16. During the 2019-20 school, year, on November 20, 2019, I sent a disability accommodation request to Human Resources. I have since contacted HR numerous times for a response to my request. Not until December 17, 2019, was I told that I would get a temporary accommodation for my students being taken to the gym class. I have not received accommodation to take the students to the first floor for my lunch period. My classroom is located on the fourth floor.

17. On or about November 2019, I also have informed by colleagues that Principal Welch-David discussed with parents that she had three years to get me out of the school.

18. On or about November 26, 2019, I also received poor feedback on an observation with mostly developing and an ineffective rating from AP Theresa Peters.

19. My class has not been covered with a substitute teacher when I have been absent from work for consecutive days, and this school year I have been assigned to work on 4 periods straight on Fridays.

20. I believe I am being retaliated against based on my age and my disability with poor observations, threatened disciplinary action, and other acts of harassment by my school administration, and my disability accommodation requests have not been reasonably accommodated.

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Scheron C. McDowall<br>1159 Brooklyn Avenue<br>Brooklyn, NY 11203 | From: | New York District Office<br>33 Whitehall Street<br>5th Floor<br>New York, NY 10004 |

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16G-2019-03046 | Holly M. Shabazz,<br>State & Local Program Manager | (212) 336-3643 |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☒ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

## - NOTICE OF SUIT RIGHTS -

(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_____                                     October 1, 2019
**Kevin J. Berry,**                                                          (Date Mailed)
**District Director**

Enclosures(s)

cc:
**Attn: Director of Human Resources**
**NEW YORK CITY DEPARTMENT OF EDUCATION**
**Office of Legal Services**
**52 Chambers Street, Room 308**
**New York, NY 10007**

**New York State Division of Human Rights**
**Employment Complaint Form**

| 1. Your contact information: | | |
|---|---|---|
| First Name  Scheron | | Middle Initial/Name  C |
| Last Name  McDowall | | |
| Street Address/ PO Box  1159 Brooklyn Avenue | | Apt or Floor #: |
| City  Brooklyn | State  NY | Zip Code  11203 |

**2. Regulated Areas:** You believe you were discriminated against in the area of:

☒ Employment *(including paid internship)*    □ Labor Organization
□ Apprentice Training                  □ Employment Agencies
□ Internship *(unpaid only)*            □ Licensing
□ Volunteer Firefighting *(excludes disability, age, domestic violence victim status, arrest, conviction, genetic history)*

**3. You are filing a complaint against:**

| Employer Name  New York City Department of Education / PS/MS 394 Mary McLeod Bethune Academy | | |
|---|---|---|
| Street Address/ PO Box  188 Rochester Avenue | | |
| City Brooklyn | State  NY | Zip Code 11213 |
| Telephone Number:  (718   )756 - 3164 | Ext. | |

In what *county or borough* did the violation take place?

Kings County

Individual people who discriminated against you:

| Name:  Dr. Sojourner Welch-David | Title:  Principal |
|---|---|
| Name:  Ms. Elizabeth Stewart | Title:  Assistant Principal |

If you need more space, please list them on a separate piece of paper.

**4. Date of alleged discrimination** *(must be within one year of filing):*

The most recent act of discrimination happened on:    03    13    2019
                                                     month    day    year

**5. For employment and internships, how many employees does this company have?**

□1-3    □ 4-14    □ 15-19    ☒ 20 or more    □Don't know

**6. Are you currently working for this company?**

| ☒  Yes. Date of hire:  9 _____ 1998  month  day  year | What is your position?  Teacher |
|---|---|
| □  No.  Last day of work: _____ _____ _____  month  day  year | What was your position? |
| □  I was never hired.  Date of application: _____ _____ _____  month  day  year | What position did you apply for? |

1
Complaint

**7. Basis of alleged discrimination:**

Check *ONLY* the boxes that you believe were the reasons for discrimination. Please look at page 2 of "Instructions" for an explanation of each type of discrimination.

| ☒ **Age:** <br> Date of Birth: 6/3/1962 | ☐ **Military Status:** <br> ☐ Active Duty    ☐ Reserves |
|---|---|
| ☐ **Arrest Record** *(resolved in your favor or youthful offender record or sealed conviction record)* | ☐ **National Origin:** <br> Please specify: _____ |
| ☐ **Conviction Record** | ☐ **Predisposing Genetic Characteristic:** <br> Please specify: _____ |
| ☐ **Creed/ Religion:** <br> Please specify: _____ | ☐ **Pregnancy-Related Condition:** <br> Please specify: _____ |
| ☒ **Disability:** <br> Please specify: _____ | ☐ **Race/Color or Ethnicity:** <br> Please specify: _____ |
| ☐ **Domestic Violence Victim Status** | ☐ **Sexual Orientation:** <br> Please specify: _____ |
| ☐ **Familial Status:** <br> Please specify: _____ | ☐ **Sex:** <br> Please specify: _____ <br> Specify if the discrimination involved: <br> ☐ Pregnancy  ☐ Gender Identity ☐ Transgender Status <br> ☐ Sexual Harassment |
| ☐ **Marital Status:** <br> Please specify: _____ | |

If you believe you were treated differently after you filed or helped someone file a discrimination complaint, participated as a witness to a discrimination complaint, or opposed or reported discrimination due to any category above, check below:

☐ **Retaliation:** How you did you oppose discrimination: _____

**8. Acts of alleged discrimination:** *What did the person/company you are complaining against do? Check all that apply*

| ☐ Refused to hire me | ☒ Denied me an accommodation for my disability or pregnancy-related condition | ☐ Denied me leave time or other benefits | ☒ Harassed/ intimidated me (other than sexual harassment) |
|---|---|---|---|
| ☐ Fired me/laid me off | ☐ Denied me overtime benefits | ☐ Sexually harassed or intimidated me | ☐ Did not call back after lay-off |
| ☐ Demoted me | ☐ Paid me a lower salary than other co-workers doing the same job | ☐ Gave me different or worse job duties than other workers doing the same job | ☐ Denied me services/treated differently by employment agency |
| ☐ Suspended me | ☐ Denied me an accommodation for my religious practices | ☐ Gave me a disciplinary notice or negative performance review | ☐ Unlawful inquiry, or limitation, specification or discrimination in job advertisement |
| ☐ Denied me training | ☐ Denied me promotion/ pay raise | ☐ Denied a license by a licensing agency | ☐ Other: |

2
Complaint

**9. Description of alleged discrimination**

*Tell us more about each act of discrimination that you experienced. Please include dates, names of people involved, and explain why you think it was discriminatory. TYPE OR PRINT CLEARLY.*

Please see attached.

*If you need more space to write, please continue writing on a separate sheet of paper and attach it to the complaint form.* ***DO NOT WRITE IN THE MARGINS OR ON THE BACK OF THIS FORM.***

3
Complaint

## Notarization of Complaint

Based on the information contained in this form, I charge the herein named respondent(s) with an unlawful discriminatory practice, in violation of the New York State Human Rights Law.

By filing this complaint, I understand that I am also filing my employment complaint with the United States Equal Employment Opportunity Commission under the Americans With Disabilities Act (covers disability related to employment), Title VII of the Civil Rights Act of 1964, as amended (covers race, color, religion, national origin, sex relating to employment), and/or the Age Discrimination in Employment Act, as amended (covers ages 40 years of age or older in employment). This complaint will protect my rights under federal law.

I hereby authorize the New York State Division of Human Rights to accept this complaint on behalf of the U.S. Equal Employment Opportunity Commission, subject to the statutory limitations contained in the aforementioned law.

I have not filed any other civil action, nor do I have an action pending before any administrative agency, under any state or local law, based upon this same unlawful discriminatory practice.
**PLEASE INITIAL** _SM_

I swear under penalty of perjury that I am the complainant herein; that I have read (or have had read to me) the foregoing complaint and know the contents of this complaint; and that the foregoing is true and correct, based on my current knowledge, information, and belief.


_Scheron McDowall_
Sign your full legal name


Subscribed and sworn before me
This 22nd day of April , 2019

_Rachel Badal_
Signature of Notary Public

County: RACHEL BADAL Commission expires:
Notary Public, State of New York
No. 01BA6087097
Qualified in Kings County
Commission Expires Feb. 10, 2023

*Please note: Once this form is completed, notarized, and returned to the New York State Division of Human Rights, it becomes a legal document and an official complaint with the Division.*

## Additional Information

*This page is for the Division's records and **will remain confidential and will not be sent to the company or person(s) whom you are filing against**.*

| 1. Contact Information |
|---|

| My primary telephone number: | My secondary telephone number: |
|---|---|
| (646) 295    - 5099 | (    )        - |

| My email address: | Date of birth: |
|---|---|
| scheron5@yahoo.com | 6/3/1962 |

Contact person: (*Someone who does not live with you but will know how to contact you if the Division cannot reach you*)

Name: ____ Holstein McDowall _____

Telephone number: ( 347  ) 968  -  6021

Address: 706 East 94th Street, Brooklyn, NY 11236 _____

Email address: _____

Relationship to me: Sister _____

---

## 2. Special Needs

I am in need of:

☐ Interpretation (if so what language?): _____

☐ Accommodations for a disability: _____

☐ Privacy.  Keep my contact information confidential as I am a victim of domestic violence

☐ Other: _____

---

## 3. Settlement / Conciliation

To settle this complaint, I would accept: (*Explain what you want to happen as a result of this complaint. Do you want a letter of apology, your job back, lost wages, an end to the harassment, etc.?*)

An end to harassment.

---

## 4. Witnesses (*information about witnesses may be shared with the parties as necessary for the investigation*)

The following people saw or heard the discrimination and can act as witnesses:

Name: Mrs. Smith _____      Title: Student's Mother _____

Telephone Number: (    ) _____ - _____      Relationship to me: _____

What did this person witness?

Mrs. Smith witnessed my conversation with Ms. Stewart when Ms. Stewart said she will come into my classroom and give me ineffective, ineffective, ineffective.

Name: Dr. Sojourner Welch-David ____      Title: Principal _____

Telephone Number: (718) 756  - 3164      Relationship to me: Principal _____

What did this person witness?

Mrs. Welch-David was in Ms. Stewart's room when I requested 2 more weeks before starting the afterschool test prep program. Ms. Stewart alleged that I was out for almost a month, when in fact I had only been out for 6 sick days due to my injury.

**5. Did you report or complain about the discrimination to someone else?** ☒ Yes    ☐ No

**If yes, how exactly did you complain about the discrimination?** *(To whom did you complain?)*
To the UFT representative at my school.

**Date you reported or complained about discrimination:**

| 3 | 5 | 2019 |
|---|---|---|
| month | day | year |

**What happened after you complained?**
The school chapter leader met with Mrs. Welch-David who said that Ms. Stewart said I speak loudly. I was immediately retaliated against. I was accused of acting in an unprofessional matter, given a letter summoning me to a disciplinary meeting, and given developing and ineffective ratings after being observed by Principal Welch-David

**If you did not report the discrimination, please explain why:**

**6. Were other people treated the same as you? How?**
*(For example, people who were harassed by the same manager, disciplined or terminated for the same reasons, did not receive an accommodation for the same reasons, etc.).*
*If you are complaining about discrimination relating to race, national origin, age, religion, etc. please describe their races, national origins, religions, etc.*

**7. Were other people treated better than you? How?**
*(For example, people who were not fired for doing the same thing you were fired for, people who were doing the same job but making more money, etc.).*
*If you are complaining about discrimination relating to race, national origin, age, religion, etc. please describe their races, national origins, religions, etc.*

**ADDENDUM TO SDHR COMPLAINT FOR SCHERON MCDOWALL**

1. I have been employed as a common branches/early childhood teacher since on or about September 1998 with the New York City Department of Education. I have been spent my entire career at PS/MS 394 in Brooklyn, New York.

2. Principal Sojourner Welch-David has been the principal of PS/MS 394 since on or about November 2017 and Elizabeth Stewart has been the Assistant Principal since on or about May 2018.

3. I have always been rated Satisfactory or Effective or Highly Effective on my end of year ratings through the 2017-18 school year.

4. I received an Effective rating in every category from AP Stewart in an observation conducted on November 7, 2018, which was received back on of about January 25, 2019.

5. After I was out of work due to a foot injury, on March 5, 2019, AP Stewart made an inappropriate and insulting comment to me at a parent meeting and threatened to give me ineffective ratings.

6. On or about February 24, 2019, AP Stewart also had made an inappropriate comment about being out of work for almost a month when I was only out six days due to the foot injury.

7. I complained to my school chapter leader Ms. Callendar about the inappropriate comments, and she said she would speak to the school principal about the offensive comment. Ms. Callendar told me the principal said I speak loudly when she met with the principal.

8. Soon after I went to the union chapter leader, and she complained to administration on my behalf, I have suffered almost immediate retaliation.

9. By letter dated March 13, 2019, I was summoned to a disciplinary meeting to discuss allegedly unprofessional behavior. This disciplinary meeting has not yet occurred. I have never received a disciplinary notice before.

10. I also was informally observed by Principal Welch-David on March 13, 2019. On March 28, 2019, I was emailed a post-observation summary indicating I would receive all developing and ineffective ratings in every category on the observation.

11. On April 11, 2019, I had a meeting with Principal Welch-David, AP Stewart and my Union Rep., my previous complaints about being insulted were not addressed at the meeting. Instead, Principal Welch-David said she was concerned that this was not working out for me.

12. On April 18, 2019, the last day before spring break. At approximately 1:45 pm AP Stewart came into my room to observe me. At approximately 1:55 pm the loud speaker announced a fire drill. The kids had to rush to get their coats to go outside. School ends on Thursdays at 2:20 pm, at approximately 2:15 pm AP Stewart returned to observe me however due to the interruption of

the fire drill I was unable to complete my lesson as I had to give the kids homework packages to take home.

13. I believe I am being retaliated against based on my age and my disability with poor observations, threatened disciplinary action, and other acts of harassment by my school administration.