UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/30/2020
```

SCHERON MCDOWELL,

          Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION, SOJOURNER WELCH-DAVID, TERESA PETERS, and ELIZABETH STEWART,

          Defendant.

19-cv-11750 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the parties shall submit a joint status letter to the Court within five days after the mediation concludes.

**SO ORDERED.**

Date: **September 30, 2020**
      New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**